B5 (Official Form 5) (12/07)

<table>
<tr><td colspan="2">

**United States Bankruptcy Court**

_____**Northern**_____ District of_____**Illinois**_____

</td><td>

**INVOLUNTARY PETITION**

</td></tr>
</table>

| IN RE (Name of Debtor – If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Chicago P-O-P Corporation, f/k/a Chicago Corrugated Box Company | Chicago Corrugated Box Company |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>2020 Touhy Avenue<br>Elk Grove Village, Illinois | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Cook                                      60007 | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7        ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>_____ | Nature of Business<br>(Check **one** box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>_[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]_ |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a  trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form  5) (12/07) – Page 2

Name of Debtor    Chicago P-O-P Corporation

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _Nancy Bostelman_ | X _Barbara J. Yong_ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| York Corrugated Container          10/13/2009 | Golan & Christie LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing    Nancy Bostelman | Address 70 W. Madison Street, Suite 1500 |
| Address of Individual    York Corrugated Container Co. | Chicago, Illinois 60602 |
| Signing in Representative    120 W. Lake Drive | |
| Capacity    Glendale Heights, IL 60139 | 312.263.2300 |

| | |
|---|---|
| X _____ | X _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Smurfit-Stone Container Enterprises    10/13/2009 | Golan & Christie LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing    Dave Zahller | Address 70 W. Madison Street, Suite 1500 |
| Address of Individual    Smurfit-Stone ContainerEnterprises | Chicago, Illinois 60602 |
| Signing in Representative    Six City Place Drive | |
| Capacity    Crevecoeur, MO 63141 | 312.263.2300 |

| | |
|---|---|
| X _____ | X _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| H.E. Wisdom & Sons, Inc.          10/13/2009 | Golan & Christie LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing    Linda Wisdom | Address 70 W. Madison Street, Suite 1500 |
| Address of Individual    1575 Executive Drive | Chicago, Illinois 60602 |
| Signing in Representative    Elgin, Illinois 60123 | |
| Capacity | 312.263.2300 |

## PETITIONING CREDITORS

| | Nature of Claim | Amount of Claim |
|---|---|---|
| Nancy Bostelman/ York Corrugated Container Company<br>120 W. Lake Drive, Glendale Heights, Illinois 60139 | Goods Sold | **$50,886.12** |
| Dave Zahller/Smurfit-Stone Container Enterprises<br>Six City Place Drive, Crevecoeur, MO 63141 | Nature of Claim<br>Goods Sold | Amount of Claim<br>$425,676.59 |
| Linda Wisdom/H.E. Wisdom & Sons, Inc.<br>1575 Executive Drive, Elgin, Illinois 60123 | Nature of Claim<br>Goods Sold | Amount of Claim<br>$5,823.08 |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners'<br>Claims |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor   Chicago P-O-P Corporation

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____<br>Signature of Petitioner or Representative (State title)<br>York Corrugated Container          10/13/2009<br>Name of Petitioner          Date Signed<br><br>Name & Mailing<br>Address of Individual   Nancy Bostelman<br>Signing in Representative  York Corrugated Container Co.<br>Capacity   120 W. Lake Drive<br>   Glendale Heights, IL 60139 | x _____<br>Signature of Attorney          Date<br>   Golan & Christie LLP<br>Name of Attorney Firm (if any)<br>Address 70 W. Madison Street, Suite 1500<br>   Chicago, Illinois 60602<br><br>312.263.2300 |
| x _Dave A. Zahller_ Regional Credit Manager<br>Signature of Petitioner or Representative (State title)<br>Smurfit-Stone Container Enterprises          10/13/2009<br>Name of Petitioner          Date Signed<br><br>Name & Mailing<br>Address of Individual   Dave Zahller<br>Signing in Representative  Smurfit-Stone ContainerEnterprises<br>Capacity   Six City Place Drive<br>   Crevecoeur, MO 63141 | x _Barbara J. Hong_<br>Signature of Attorney          Date<br>   Golan & Christie LLP<br>Name of Attorney Firm (if any)<br>Address 70 W. Madison Street, Suite 1500<br>   Chicago, Illinois 60602<br><br>312.263.2300 |
| x _____<br>Signature of Petitioner or Representative (State title)<br>H.E. Wisdom & Sons, Inc.          10/13/2009<br>Name of Petitioner          Date Signed<br><br>Name & Mailing<br>Address of Individual   Linda Wisdom<br>Signing in Representative  1575 Executive Drive<br>Capacity   Elgin, Illinois 60123 | x _____<br>Signature of Attorney          Date<br>   Golan & Christie LLP<br>Name of Attorney Firm (if any)<br>Address 70 W. Madison Street, Suite 1500<br>   Chicago, Illinois 60602<br><br>312.263.2300 |

| PETITIONING CREDITORS | | |
|---|---|---|
| Nancy Bostelman/ York Corrigated Container Company<br>120 W. Lake Drive, Glendale Heights, Illinois 60139 | Nature of Claim<br>   Goods Sold | Amount of Claim<br>$50,886.12 |
| Dave Zahller/Smurfit-Stone Container Enterprises<br>Six City Place Drive, Crevecoeur, MO 63141 | Nature of Claim<br>   Goods Sold | Amount of Claim<br>$425,676.59 |
| Linda Wisdom/H.E. Wisdom & Sons, Inc.<br>1575 Executive Drive, Elgin, Illinois 60123 | Nature of Claim<br>   Goods Sold | Amount of Claim<br>$5,823.08 |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners'<br>Claims |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2 Name of Debtor ___Chicago P-O-P Corporation___

Case No. _____

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x | x | |
|---|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
| York Corrugated Container 10/13/2009 | Gielen & Christie LLP | |
| Name of Petitioner       Date Signed | Name of Attorney Firm (If any) | |
| | Address 70 W. Madison Street, Suite 1500 | |
| Name & Mailing     Nancy Rostelman | Chicago, Illinois 60602 | |
| Address of Individual  York Corrugated Container Co. | | |
| Signing in Representative  120 W. Lake Drive | | |
| Capacity           Glendale Heights, IL 60139 | 312.263.2300 | |

| x | x | |
|---|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
| Smurfit-Stone Container Enterprises 10/13/2009 | Gielen & Christie LLP | |
| Name of Petitioner       Date Signed | Name of Attorney Firm (If any) | |
| | Address 70 W. Madison Street, Suite 1500 | |
| Name & Mailing     Dave Zahller | Chicago, Illinois 60602 | |
| Address of Individual  Smurfit-Stone Container Enterprises | | |
| Signing in Representative  Six City Place Drive | | |
| Capacity           Crevecoeur, MO 63141 | 312.263.2300 | |

| x | x | |
|---|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
| R.E. Wisdom & Sons, Inc. 10/13/2009 | Gielen & Christie LLP | |
| Name of Petitioner       Date Signed | Name of Attorney Firm (If any) | |
| | Address 70 W. Madison Street, Suite 1500 | |
| Name & Mailing     Linda Wisdom | Chicago, Illinois 60602 | |
| Address of Individual  1575 Executive Drive | | |
| Signing in Representative  Elgin, Illinois 60123 | | |
| Capacity | 312.263.2300 | |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name of Creditor & Representative | Nature of Claim | Amount of Claim |
| Nancy Rostelman/ York Corrugated Container Company | Goods Sold | $50,886.12 |
| 120 W. Lake Drive, Glendale Heights, Illinois 60139 | | |
| Dave Zahller/Smurfit-Stone Container Enterprises | Nature of Claim | Amount of Claim |
| Six City Place Drive, Crevecoeur, MO 63141 | Goods Sold | $425,676.59 |
| Linda Wisdom/R.E. Wisdom & Sons, Inc. | Nature of Claim | Amount of Claim |
| 1575 Executive Drive, Elgin, Illinois 60123 | Goods Sold | $6,823.08 |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

continuation sheets attached

## Continuation Sheet

Under penalty of perjury, the petitioner's signature hereunder appearing certifies that the information herein is true and correct according to the best of their knowledge, information and belief.

X _Josephine Meyer President_
    Signature of Petitioner or Representative (state title)

M&G Graphics          10/14/09
Name of Petitioning Creditor      Date Signed


Josephine Meyer
M& G Graphics
3500 W. 38th Street
Chicago, IL 60632

Attorney: _Barbara L. Yong_
        Golan & Christie, LLP
        70 W. Madison, Suite 1500
        Chicago, IL 60602
        312.263.2300
        312.263.0939 fax


| Petitioning Creditor | Nature of Claim | Amount of Claim |
| --- | --- | --- |
| M& G Graphics<br>3500 W. 38th<br>Chicago, IL 60632 | Goods Sold | $7,324.88 |

{00096261.DOC /}